No. 97-6148. DIXIE v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97-6149. SISSON v. HERMAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97-6236. MARTIN v. GUILLORY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97-6291. RAMUS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 97-6300. CAMMON v. RENO, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 97-6341. WILLIAMS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 97-6358. PAYNE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97-6370. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-6381. POWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97-6388. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-6390. DENMARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-6395. TAM DUY NGUYEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-6408. ALLISON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97-6409. VILLA MORENA, AKA JAVIER MORENO, ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-6411. JOKINEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.